IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ARTHUR M. HAWKINS,

Defendant.                                             No. 01-CR-30006-DRH

### ORDER

**HERNDON, District Judge:**

This matter comes before the Court on a limited remand of Hawkins's sentence from the Seventh Circuit Court of Appeals pursuant to ***United States v. Booker***, 125 S.Ct. 738 (2005) and ***United States v. Paladino***, 401 F.3d 471 (7th Cir. 2005). Per ***Paladino***, the Court **ORDERS** the parties to brief this issue by Friday, June 3, 2005. Further, the briefs shall indicate whether the parties wish to have oral argument on this matter and, if so, the reasons for requesting same.

**IT IS SO ORDERED.**

Signed this 13th day of May, 2005.

_____
  /s/   David RHerndon
**United States District Judge**